| United States Bankruptcy Court<br>District of Delaware | **Voluntary Petition** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tuscany International Holdings (U.S.A.) Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**99-0368129** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1950 140-4 Ave, S.W. Calgary**<br>**Alberta, Canada**<br>ZIP CODE **T2P 3N3** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>N/A | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above).<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding or against debtor is pending

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors** (on a consolidated basis)
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

**Estimated Assets** (on a consolidated basis)
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities** (on a consolidated basis)
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Tuscany International Holdings (U.S.A.) Ltd.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: **N/A** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>**Tuscany International Drilling Inc.** | Case Number:<br>**As Assigned** | Date Filed:<br>**Same** |
|---|---|---|
| District:<br>**District of Delaware** | Relationship:<br>**Affiliate** | Judge:<br>**As Assigned** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1 (04/13)                                                                                                                                                  Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Tuscany International Holdings (U.S.A.) Ltd. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>X _____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X *[signature]*<br>Signature of Attorney for Debtor(s)<br><br>Michael R. Nestor (No. 3526)   Mitchell A. Seider<br>Kara Hammond Coyle (No. 4410)  Keith A. Simon<br>YOUNG CONAWAY STARGATT  LATHAM & WATKINS LLP<br>& TAYLOR, LLP                      885 Third Avenue<br>Rodney Square                         New York, NY 10022-4834<br>1000 N. King Street               (212) 906-1200<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>*February 2, 2014*<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>  Deryck Helkaa<br>  Title: Chief Restructuring Officer<br><br>*February 2, 2014*<br>Date | |

01:14897530.1
NY\6116298.6

## RESOLUTIONS TO BE ENTERED IN THE MINUTES

## OF THE MEETING OF THE BOARD OF DIRECTORS OF

## TUSCANY INTERNATIONAL HOLDINGS (U.S.A) LTD.

WHEREAS, the board of directors of Tuscany International Holdings (U.S.A.) (the "Company") having considered seeking relief under the United States Bankruptcy Code on behalf of the Company;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the board of directors it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties, that the Company seek relief under the provisions of Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

RESOLVED, that each "**Authorized Person**" (as defined below) shall be, and hereby is, authorized and directed on behalf of the Company to commence a case under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") in such form and at such time as the Authorized Person executing said petition shall determine; and it is further

RESOLVED, that each Authorized Person shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all actions necessary or appropriate for the Company to obtain post-petition financing according to the terms negotiated by such Authorized Person, including under one or more debtor-in-possession credit facilities, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "**Credit Documents**") as may be deemed necessary or appropriate by the Authorized Person; and it is further

RESOLVED, that the Company be, and it hereby is, authorized, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person, as is reasonably necessary for the continuing conduct of the affairs of the Company; and it is further

RESOLVED, that the Company is authorized, to the extent applicable, to enter into, and to seek authority from the Bankruptcy Court to assume, any restructuring support agreement or other agreements, documents, or instruments related thereto; and it is further

RESOLVED, that each Authorized Person be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time

to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all Credit Documents, and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Cases, any post-petition financing or any cash collateral usage contemplated hereby or thereby; and it is further

   **RESOLVED**, that each Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP, Young Conaway Stargatt & Taylor, LLP, and McCarthy Tétrault LLP to act as attorneys for the Company in connection with the Chapter 11 Cases; and it is further

   **RESOLVED**, that each Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain FTI Consulting Canada, Inc. to, among other things, provide chief restructuring officer services to the Company; and it is further

   **RESOLVED**, that each Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Person to assist the Company in carrying out its responsibilities in the Chapter 11 Cases and achieving a successful reorganization; and it is further

   **RESOLVED**, that each Authorized Person be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

   **RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

   **RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

   **RESOLVED**, that for the purposes of these resolutions, the term "**Authorized Person**" shall mean and include Walter Dawson, Matt Moorman, and Deryck Helkaa; and it is further

**RESOLVED,** pursuant to Section 4.1 of the Company's Bylaws, that Bruce Moyes be hereby elected Secretary of the Company.

### CERTIFICATON

I HEREBY CERTIFY that the foregoing is a true and correct copy of resolutions presented to and adopted by the Board of Directors at a meeting duly called and held on the 31st day of January, 2014, at which a quorum was present and voted, and that such resolutions are duly recorded in the minute book of this corporation.

_____
Secretary

NY\6163424.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
TUSCANY INTERNATIONAL HOLDINGS                                   :    Case No. 14-_____ (____)
(U.S.A.) LTD.,                                                   :
                                                                 :    Tax I.D. No. 99-0368129
         Debtor.                                                 :
---------------------------------------------------------------- x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following list of creditors holding the 30 largest unsecured claims against the above-caption debtor and certain of its debtor affiliates (together, the "Debtors"),[1] each of which simultaneously commenced chapter 11 cases in this Court. This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include: (i) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect any Debtors' right to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any such claim.

---

[1] The Debtors in these cases are Tuscany International Holdings (U.S.A.) Ltd. and Tuscany International Drilling Inc. The last four digits of Tuscany International Holdings (U.S.A.) Ltd.'s federal tax identification number are 8129. The last four digits of Tuscany International Drilling Inc.'s Canadian tax identification number are 4278. The address for the Debtors is 1950, 140 — 4 Avenue S.W. Calgary, Alberta, Canada T2P 3N3.

01:14897530.1
NY\6116298.6

Tuscany International Holdings (U.S.A.) Ltd. et al.
Top 30 Creditors as of February 2, 2014

| | Name | Address | Nature of Claim | Amount |
|---|---|---|---|---|
| 1 | Citigroup Global Markets Inc. | 388 Greenwich Street<br>New York, NY 10013<br>Attn: Bankruptcy Dept<br>Phone: 212-816-6000<br>Fax: 201-716-3957 | Professional Fees | $ 998,410.46 |
| 2 | Black Spruce Merchant Capital Corp. | 325 - 7620 Elbow Drive SW<br>Calgary, AB T2V 1K2<br>Canada<br>Attn: Sonny Mottahed<br>Email: info@bsmc.ca; sonny@bsmc.ca | Professional Fees | $ 413,427.57 |
| 3 | Osler, Hoskin & Harcourt LLP | 100 King Street West<br>1 First Canadian Place Suite 4600<br>Toronto, ON M5X 1B8<br>Canada<br>Attn: Dale R Ponder<br>Phone: 403-260 7000<br>Fax: 416-862-6666<br>Email: dponder@osler.com | Professional Fees | $ 292,232.05 |
| 4 | Canrig Drilling Technology Ltd. | 14703 FM 1488 Rd<br>Magnolia, TX 77354<br>Attn: President or General Counsel<br>Phone: 281-259-8887<br>Fax: 281-259-3115 | Trade Payable | $ 256,815.50 |
| 5 | Bank of Nova Scotia | Commercial Banking Scotia Centre<br>Suite 3950, 700 2nd Street SW<br>Calgary, AB T2P 2W2<br>Canada<br>Attn: Andrew Roberts and Gordon Rix<br>Phone: 403-299-6217<br>Fax: 403-221-6973 | Unpaid Interest Rate Swap Payment | $ 213,267.18 |
| 6 | Mud King Products, Inc. | 15211 Woodham Dr.<br>Houston, TX 77073<br>Attn: President or General Counsel<br>Phone: 281 590-8989<br>Fax: 281-590-8181<br>Email: sales@mudkingproducts.com | Trade Payable | $ 118,936.00 |
| 7 | Mi Swaco | 300 Schlumberger Dr<br>Sugar Land, TX 77478<br>Attn: President or General Counsel<br>Phone: 403-509-4000<br>Fax: 888-800-5726 | Trade Payable | $ 88,227.20 |
| 8 | Industrial Air Tool, LP | 1305 West Jackson<br>Pasadena, TX 77506<br>Attn: President or General Counsel<br>Phone: 713-477-3144<br>Fax: 713-920-8787<br>Email: websales@industrialairtool.com | Trade Payable | $ 84,165.27 |
| 9 | ABO Supply | 11201 Greens Crossing Blvd<br>Houston, TX 77067<br>Attn: President or General Counsel<br>Phone: 713-482-2060<br>Fax: 713-482-2061<br>Email: abo@abosupply.com | Trade Payable | $ 79,470.65 |
| 10 | Standard & Poor's Financial Services, LLC | 55 Water Street<br>New York, NY 10041<br>Attn: President or General Counsel<br>Phone: 212-438-2000<br>Fax: 212-438-1000 | Ratings Agency Fees | $ 60,000.00 |
| 11 | BNY Mellon Servicos Financeiros DTVM S.A. | Av. Presidente Wilson, 231/11º Andar<br>Centro<br>Rio de Janeiro<br>Brazil<br>Attn: President or General Counsel<br>Phone: 552132192500<br>Fax: 552132192501 | Banking Fees | $ 47,368.42 |
| 12 | Osler, Hoskin & Harcourt LLP | 620 8th Avenue<br>36th Floor<br>New York, NY 10018<br>Attn: Randall W. Pratt<br>Phone: 212-867-5800<br>Fax: 212-867-5802<br>Email: rpratt@osler.com | Professional Fees | $ 30,174.41 |

Tuscany International Holdings (U.S.A.) Ltd. et al.
Top 30 Creditors as of February 2, 2014

| | Name | Address | Nature of Claim | Amount |
|---|---|---|---|---|
| 13 | Sullivan Wire Rope & Rigging Inc. | 5714 Luce St<br>Houston, TX 77087<br>Attn: President or General Counsel<br>Phone: 713-644-3074<br>Fax: 215-541-4437 | Trade Payable | $ 25,250.00 |
| 14 | Swanberg USA, Inc. | 5851 San Felipe St<br>Houston, TX 77057<br>Attn: C. Johnson<br>Phone: 713-681-8111<br>Fax: 713-621-8333<br>Email: cjohnson@swanbergusa.com | Trade Payable | $ 24,884.92 |
| 15 | National Oilwell Varco LLP. | 10000 Richmond Avenue<br>Houston, TX 77042<br>Attn: President or General Counsel<br>Phone: 713-466-7999<br>Fax: 713-435-2195 | Trade Payable | $ 15,969.03 |
| 16 | Radler Enterprises Inc. | 5825 N Sam Houston Pky W, #100<br>Houston, TX 77086<br>Attn: President or General Counsel<br>Phone: 281-440-8595<br>Fax: 281-966-1830<br>Email: info@radlertx.com | Real Property Lease | $ 15,799.85 |
| 17 | HongHua America LLC | 8300 McHard Road<br>Houston, TX 77053<br>Attn: President or General Counsel<br>Phone: 832-448-8100<br>Fax: 832-448-8101<br>Email: service@nn-america.com | Trade Payable | $ 14,825.87 |
| 18 | Midwest Hose & Specialty Inc. | 3312 S I-35 Service Rd<br>Oklahoma City, OK 73129<br>Attn: President or General Counsel<br>Phone: 800-375-2358<br>Fax: (405) 670-6816<br>Email: okcsales@midwesthose.com | Trade Payable | $ 13,470.00 |
| 19 | Caroil - Southwest Oilfield Products | 10340 Wallisville Rd<br>Houston, TX 77013<br>Attn: President or General Counsel<br>Phone: (713) 675-7541<br>Fax: (713) 675-5206<br>Email: mail: sales_swop@swoil.com | Trade Payable | $ 13,057.04 |
| 20 | B. Hansen Inc. | 9756 Whithorn Dr<br>Houston, TX TX 77095<br>Attn: President or General Counsel<br>Phone: 281-859-5112<br>Fax: 281-859-5212 | Trade Payable | $ 9,708.38 |
| 21 | Forum Energy Technologies | 920 Memorial City Way<br>Suite 1000<br>Houston, TX 77024<br>Attn: President or General Counsel<br>Phone: 281-949-2500<br>Fax: 281-949-2554<br>Email: info@f-e-t.com | Trade Payable | $ 7,634.13 |
| 22 | World Petroleum Supply Inc. | 307 Magnolia Business Park Dr<br>Magnolia, TX 77354<br>Attn: President or General Counsel<br>Phone: 281 356-9970<br>Fax: (281) 356-9971<br>Email: sales@worldpetroleumsupply.com | Trade Payable | $ 7,101.88 |
| 23 | Bishop Lifting | 125 McCarty St<br>Houston, TX 77029<br>Attn: President or General Counsel<br>Phone: 713-674-2266<br>Fax: 713-672-9229<br>Email: houston@lifting.com | Trade Payable | $ 6,220.00 |
| 24 | Warrior Manufacturing Services Ltd. | 1515 28 St NE<br>Calgary, AB T2A 3T1<br>Canada<br>Attn: President or General Counsel<br>Phone: 403-291-6444<br>Fax: 403-291-8956<br>Email: info@warriorrig.com | Trade Payable | $ 3,474.00 |

Tuscany International Holdings (U.S.A.) Ltd. et al.
Top 30 Creditors as of February 2, 2014

|    | Name | Address | Nature of Claim | Amount |
|----|------|---------|-----------------|--------|
| 25 | Marketwire LP | 25 York Street<br>Suite 900, P.O. Box 403<br>Toronto, ON M5J 2V5<br>Canada<br>Attn: President or General Counsel<br>Phone: 1-877-342-8610<br>Fax: 416-362-6669 | Trade Payable | $ 2,540.08 |
| 26 | The Bank of New York Mellon | Global Structured Finance<br>101 Barclay Street, Floor 4E<br>New York, NY 10286<br>Attn: Adam Metzinger<br>Phone: 212-495-1784<br>Fax: 212-635-1799 | Banking Fees | $ 2,500.00 |
| 27 | Metafore Technologies Inc. | 333 11th Ave. S.W.<br>Suite 420<br>Calgary, AB T2R 1L9<br>Canada<br>Attn: President or General Counsel<br>Phone: 877-638-2367<br>Fax: 905-362-0489 | Trade Payable | $ 2,282.99 |
| 28 | Gaffney-Kroese Supply Co. | 50 Randolph Road<br>Somerset, NJ 08873<br>Attn: President or General Counsel<br>Phone: 732-885-9000<br>Fax: 732-885-9555<br>Email: info@gaffney-kroese.com | Trade Payable | $ 1,993.60 |
| 29 | Rogers Wireless | 100 Westmorland Street<br>Moncton, NB E1C 0G1<br>Canada<br>Attn: President or General Counsel<br>Phone: 877-559-5202<br>Fax: 416-935-6304 | Trade Payable | $ 1,635.31 |
| 30 | Artecol Supply | PO Box 692221<br>Houston, TX 77269<br>Attn: President or General Counsel<br>Phone: 281-379-3628<br>Fax: 281-320-2435 | Trade Payable | $ 1,563.75 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :    Chapter 11
                                                           :
TUSCANY INTERNATIONAL HOLDINGS                             :    Case No. 14-_____ (____)
(U.S.A.) LTD.,                                             :
                                                           :    Tax I.D. No. 99-0368129
              Debtor.                                      :
---------------------------------------------------------- x

## DECLARATION CONCERNING THE DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING THE 30 LARGEST UNSECURED CLAIMS

I, Deryck Helkaa, Chief Restructuring Officer of the above-captioned debtor and debtor in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Consolidated List of Creditors Holding the 30 Largest Unsecured Claims* submitted herewith, and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: February 2, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Deryck Helkaa
　　　　　　　　　　　　　　　　　　　Chief Restructuring Officer
　　　　　　　　　　　　　　　　　　　On Behalf of the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              :   Chapter 11
                                                    :
TUSCANY INTERNATIONAL HOLDINGS     :   Case No. 14-_____ (_____)
(U.S.A.) LTD.,                                      :
                                                    :   Tax I.D. No. 99-0368129
         Debtor.                                    :
------------------------------------------------------------ x

## DEBTOR'S LIST OF EQUITY SECURITY HOLDERS
## AND STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession submits the following list of equity security holders and list of corporations which own ten percent or more of the above-captioned debtor's stock:

| Entity | Equity Ownership |
|---|---|
| Tuscany International Drilling Inc. | 100% |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
TUSCANY INTERNATIONAL HOLDINGS                             :   Case No. 14-_____ (____)
(U.S.A.) LTD.,                                             :
                                                           :   Tax I.D. No. 99-0368129
        Debtor.                                            :
---------------------------------------------------------- x

## DECLARATION CONCERNING DEBTOR'S LIST OF EQUITY SECURITY HOLDERS AND STATEMENT OF CORPORATE OWNERSHIP

I, Deryck Helkaa, Chief Restructuring Officer of the above-captioned debtor and debtor in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Debtor's List of Equity Security Holders and Statement of Corporate Ownership*, and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: February 2, 2014

/s/ Deryck Helkaa
Deryck Helkaa
Chief Restructuring Officer
On Behalf of the Debtor