IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     : Chapter 11
                                                           :
TUSCANY INTERNATIONAL HOLDINGS                             : Case No. 14-10193 (KG)
(U.S.A.) LTD., et al.,                                     :
                                                           : Jointly Administered
            Debtors.[1]                                    :
                                                           : Re: Docket No. 74
---------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned proceedings:

March 21, 2014 at 10:00 a.m. (ET)

April 7, 2014 at 10:00 a.m. (ET)

May 6, 2014 at 2:00 p.m. (ET)

Dated: February 12, 2014
       Wilmington, Delaware

_____
KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases are Tuscany International Holdings (U.S.A.) Ltd. and Tuscany International Drilling Inc. The last four digits of Tuscany International Holdings (U.S.A.) Ltd.'s U.S. federal tax identification number are 8192. The last four digits of Tuscany International Drilling Inc.'s Canadian tax identification number are 4278. The address for the Debtors is 1950, 140 – 4 Avenue S.W. Calgary, Alberta, Canada T2P 3N3.

01:15030123.1