**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TUSCANY INTERNATIONAL HOLDINGS (U.S.A.) LTD., et al.,[1] | Case No. 14-10193 (KG) Jointly Administered |
| Debtors. | |

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )  Debtors' petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( )  No unsecured creditor response to the United States Trustee's communication/contact for service on the committee.

( X )  Insufficient response to the United States Trustee's communication/contact for service on the committee.

( )  No unsecured creditor interest.

( )  Non-operating debtor-in-possession - - No creditor interest.

( )  Application to convert to Chapter 7 or to dismiss pending.

( )  Converted or dismissed.

( )  Other

**ROBERTA A. DeANGELIS,**
**UNITED STATES TRUSTEE REGION THREE**

 /s/ *Tiiara N. A. Patton, for*
T. Patrick Tinker
Assistant United States Trustee

DATED: February 19, 2014

---

[1] The Debtors in these cases are Tuscany International Holdings (U.S.A.) Ltd. and Tuscany International Drilling Inc. The last four digits of Tuscany International Holdings (U.S.A.) Ltd.'s U.S. federal tax identification number are 8192. The last four digits of Tuscany International Drilling Inc.'s Canadian tax identification number are 4278. The address for the Debtors is 1950, 140 – 4 Avenue S.W. Calgary, Alberta, Canada T2P 3N3.