IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TUSCANY INTERNATIONAL HOLDINGS (U.S.A.) LTD., *et al.*, | Case No. 14-10193 (KG) |
| | Jointly Administered |
| Debtors.[1] | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF *AD HOC* COMMITTEE OF EQUITY SECURITY HOLDERS**

PLEASE TAKE NOTICE that the *Ad Hoc* Committee of Equity Security Holders (the "*Ad Hoc* Committee") of debtors Tuscany International Holdings (U.S.A.) LTD, *et al.* (collectively, the "Debtors") hereby enters its appearance by and through its counsel, Landis Rath & Cobb LLP ("LRC"), pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and LRC hereby requests pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. 1109(b) §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following parties at the addresses and telephone numbers listed below:

> Adam G. Landis, Esquire
> Kerri K. Mumford, Esquire
> Joseph D. Wright, Esquire
> **LANDIS RATH & COBB LLP**
> 919 Market Street, Suite 1800
> Wilmington, Delaware 19801
> Telephone: (302) 467-4400
> Facsimile: (302) 467-4450
> Email: landis@lrclaw.com
>        mumford@lrclaw.com
>        wright@lrclaw.com

---

[1] The Debtors in these cases are Tuscany International Holdings (U.S.A.) Ltd. and Tuscany International Drilling Inc. The last four digits of Tuscany International Holdings (U.S.A.) Ltd.'s U.S. federal tax identification number are 8192. The last four digits of Tuscany International Drilling Inc.'s Canadian tax identification number are 4278. The address for the Debtors is 1950, 140 – 4 Avenue S.W. Calgary, Alberta, Canada T2P 3N3.

{1005.001-W0029860.}

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive the *Ad Hoc* Committee's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the Untied States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: February 25, 2014
Wilmington, Delaware

LANDIS RATH & COBB LLP

_/s/ Joseph Wright_
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
          mumford@lrclaw.com
          wright@lrclaw.com

*Counsel to the* Ad Hoc *Committee of Equity Security Holders*