IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TUSCANY INTERNATIONAL HOLDINGS (U.S.A.) LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10193 (KG)<br><br>(Joint Administered) |

### VERIFIED STATEMENT OF AD HOC COMMITTEE OF EQUITY SECURITY HOLDERS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Ad Hoc* Committee of Equity Security Holders (the "*Ad Hoc* Committee") of debtors Tuscany International Holdings (U.S.A.) Ltd., *et al.* (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits this *Verified Statement of Ad Hoc Committee of Equity Security Holders Pursuant to Federal Rule of Bankruptcy Procedure 2019* (the "Verified Statement") and in support thereof states:

1.  On February 2, 2014 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") commencing the above-captioned cases (the "Chapter 11 Cases") in the United States Bankruptcy Court for the District of Delaware.

2.  Shortly after the Petition Date, certain holders of common stock in Tuscany International Drilling, Inc. ("TID") formed a steering committee of equity security holders of TID for the purpose of organizing the *Ad Hoc* Committee and seeking the appointment of an Official Committee of Equity Security Holders (an "Equity Committee") in these Chapter 11

---

[1] The Debtors in these cases are Tuscany International Holdings (U.S.A.) Ltd. and Tuscany International Drilling Inc. The last four digits of Tuscany International Holdings (U.S.A.) Ltd.'s U.S. federal tax identification number are 8192. The last four digits of Tuscany International Drilling Inc.'s Canadian tax identification number are 4278. The address for the Debtors is 1950, 140 – 4 Avenue S.W. Calgary, Alberta, Canada T2P 3N3.

Cases. Members of this steering committee and their shareholdings in TID are identified on Exhibit A annexed hereto.

3. In accordance with Bankruptcy Rule 2019(c), annexed hereto as Exhibit B is a list containing the name, address and the nature and amount of the disclosable economic interest held by each member of the *Ad Hoc* Committee.

4. The *Ad Hoc* Committee retained Landis Rath & Cobb LLP ("LRC" or "Counsel") to represent it in connection with its efforts to seek the appointment of an Equity Committee. LRC does not represent or purport to represent (a) any of the members of the steering committee or the *Ad Hoc* Committee in their individual capacities or (b) any party other than the *Ad Hoc* Committee in these Chapter 11 Cases. LRC has no prepetition claims against or equity interest in the Debtors.

5. The disclosable economic interests set forth on Exhibit B have been provided to LRC by the *Ad Hoc* Committee. LRC makes no independent representation regarding such interests.

6. Nothing in this Verified Statement or its attachments is intended to or should be construed to constitute: (i) a waiver or release of any claims or interests against the Debtors by any member of the *Ad Hoc* Committee; (ii) an admission with respect to any fact or legal theory; or (iii) an amendment to, or restatement of, any proof of claim or interest in the Debtors. Nothing herein should be construed as a limitation upon, or a waiver of, any *Ad Hoc* Committee members' right to assert, file and/or amend its claims or interests in accordance with applicable law and any orders entered in these Chapter 11 Cases.

7.  The *Ad Hoc* Committee and Counsel reserve the right to amend or supplement this Verified Statement as necessary in accordance with Rule 2019 of the Bankruptcy Rules.

8.  The undersigned hereby verifies under oath that this Verified Statement is true and accurate to the best of the undersigned's knowledge, information and belief.

Dated: February 25, 2014  
Wilmington, Delaware

LANDIS RATH & COBB LLP

/s/ Adam G. Landis

Adam G. Landis (No. 3407)  
Kerri K. Mumford (No. 4186)  
Joseph D. Wright (No. 5669)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  
Email: landis@lrclaw.com  
       mumford@lrclaw.com  
       wright@lrclaw.com

*Counsel to the Ad Hoc Committee of Equity Security Holders*