# EXHIBIT A

| Steering Committee Member Name | Number of Shares |
|---|---|
| Jason Pageau | 113,000 |
| John Adler | 1,609,000 |
| Peter Graham Delany, Jr. | 226,110 |
| Benoit Beauchemin | 139,000 |
| Collin Merritt | 500,000 |
| Nassos Kirykos | 1,146,800 |
| Robert Hertig | 454,123 |

{1005.001-W0029838.4}