# EXHIBIT B

## Name, Address and Disclosable Economic Interest in the Debtor of Each Member of the Ad Hoc Committee of Equity Security Holders

| NAME | ADDRESS | NATURE OF AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Peter Graham Delany Jr. | 440 Spring Ln, Charlottesville, VA 22903 | Total Shares: 226,110<br>Dates Acquired: Q3 2013; Q1 2014 |
| Benoit Beauchemin | 10819 Verville<br>Montreal, Quebec H3L 3G1<br>Canada | Total Shares: 145,000<br>Dates Acquired: Q1, Q3 2013 |
| Jason Pageau | 6573 Goldencreek Way<br>Las Vegas, NV 89108 | Total Shares: 113,000<br>Dates Acquired: Q3, Q4 2013; Q1 2014 |
| Collin Merritt | 71 Tuscany Meadows Heights NW<br>Calgary, Alberta T3L 2L8<br>Canada | Total Shares: 500,000<br>Dates Acquired: Q2 2012; Q4 2013 |
| Nassos Kirykos | Kaviron 8<br>Lavrio 19500<br>Greece | Total Shares: 1,146,820<br>Dates Acquired: Q2 2013; Q1 2014 |
| Robert Hertig | 1811 50th Avenue Drive East<br>Bradenton, Florida 34203 | Total Shares: 454,123<br>Dates Acquired: Q3, Q4 2013; Q1 2014 |
| John Adler | 2119 Elliott Ave<br>McLean, VA 22101 | Total Shares: 1,609,000<br>Dates Acquired: Q3, Q4 2013; Q1 2014 |
| Bela J. David | Kasam Pharmacy<br>93 Moo 9, 31130<br>Lamplaimat, Thailand | Total Shares: 225,000<br>Dates Acquired: Q3, Q4 2013; Q1 2014 |
| Shelby Pereira | Chemin de Bel Orne 30A<br>1008<br>Prilly, Switzerland | Total Shares: 305,000<br>Dates Acquired: Q2 2013; Q1 2014 |
| Steve Blakeley | 97 Rickson Avenue<br>Guelph, Ontario N1G 3J5<br>Canada | Total Shares: 155,000<br>Dates Acquired: Q2-4 2012; Q3, Q4 2013; Q1 2014 |

| NAME | ADDRESS | NATURE OF AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Jean-François Racine | 912 Nipissis<br>Terrebonne, QC J6W 5H2<br>Canada | Total Shares: 1,400,000<br>Dates Acquired: Q4 2012; Q1-4 2013; Q1 2014 |
| Hugh Davidson | 28 Jake Reid Rd<br>RR1 Wolfville, NS B4P2R1<br>Canada | Total Shares: 88,500<br>Dates Acquired: Q1, 2011; Q2 - Q4 2012; Q2 - Q4 2013; Q1 2014 |
| Garth Smith | 6 Spindlestone Gate<br>Winnipeg, Manitoba R3Y-3P1<br>Canada | Total Shares: 399,000<br>Dates Acquired: Q1, Q2 2012; Q1 to Q4 2013; Q1 2014 |
| Khaled Bouksila | 6404 Rue Lemay<br>Montréal H1T 2L5<br>Canada | Total Shares: 500,000<br>Dates Acquired: Q3 2012; Q2, Q3, Q4 2013; Q1 2014 |
| Don Thorsteinson | #1006 – 5775 Hampton Place<br>Vancouver, BC V6T 2G6<br>Canada | Total Shares: 60,000<br>Dates Acquired: Q1 2014 |
| Dominik Klopfer | 41 Niska Drive<br>Waterdown, ON L0R2H3<br>Canada | Total Shares: 320,000<br>Dates Acquired: Q3, Q4 2013; Q1 2014 |
| Ronald J. Bilton | 1780 Eglington Ave.<br>Nanaimo, BC V9X1T8<br>Canada | Total Shares: 300,000<br>Dates Acquired: Q4 2010; Q1 to Q4 2011; Q1 to Q4 2012; Q1 to Q4 2013; Q1 2014 |
| Mark Grayson | 19 Lasalle Road<br>West Lethbridge, Alberta T1J 3G8<br>Canada | Total Shares: 1,175,000<br>Dates Acquired: Q1 to Q4 2013 |
| Justin M. Roberts | 1640 E. TC Jester Blvd. Apt. 1221<br>Houston, TX 77008<br>USA | Total Shares: 500,000<br>Dates Acquired: Q3-Q4 2013 |
| Chris Cleaves | 225 South Vermillion Ave<br>Brownsville, TX 78521<br>USA | Total Shares: 375,000<br>Dates Acquired: Q3 2012; Q4 2013 |
| Allan Kelly | 87 Rivergreen Rd. West Lethbridge Alberta T1K-7Y1<br>Canada | Total Shares: 170,000<br>Dates Acquired: Q3, Q4 2013; Q1 2014 |

| NAME | ADDRESS | NATURE OF AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Jeremy Wojtowicz | 11 Gwyn Court<br>Dundas, Ontario L9H 7S1<br>Canada | Total Shares: 66,000<br>Dates Acquired: Q3 2011; Q4 2013; Q1 2014 |
| Sandy De Lorenzi | 43 Bruce Street<br>Woodbridge, Ontario L4L 1J3<br>Canada | Total Shares: 80,000<br>Dates Acquired: Q1, Q4 2011; Q2, Q4 2012; Q2 3013; Q1 2014 |
| Marc-André Poulin | 6580 St-Louis de France<br>Levis, Quebec G6V 1N7<br>Canada | Total Shares: 100,000<br>Dates Acquired: Q2, Q3, Q4 2013 |
| Jeffrey Halberstadt | 379 Dundas Street East, Suite 200<br>Toronto, Ontario M5A 2A6<br>Canada | Total Shares: 128,000<br>Dates Acquired: Q1 2011; Q3, Q4 2012; Q3 2013 |
| Michael J. Chester | 4412 Laird Circle<br>Santa Clara, CA 95054<br>USA | Total Shares: 275,800<br>Dates Acquired: Q3, Q4 2013; Q1 2014 |
| Venkat Velagapudi | 1414 N Park Lane<br>Alpharetta, GA 30004<br>USA | Total Shares: 64,500<br>Dates Acquired: Q2, Q3 2013 |
| Eric Moore Brown | 1726 Pritchard Road<br>Cowichan Bay, BC V0R1N1<br>Canada | Total Shares: 245,000<br>Dates Acquired: Q3, Q4 2013; Q1 2014 |
| Ivan Urblik | 505 Oakwood Drive<br>Pickering, Ontario L1W 2M8<br>Canada | Total Shares: 90,000<br>Dates Acquired: Q2, Q3, Q4 2013 |
| Jonathan Bigelow | 1422 South Barton Rd<br>Taylors, SC 29687<br>USA | Total Shares: 383,000<br>Dates Acquired: Q4 2013; Q1 2014 |
| Ed Walker | 2202 Green Oaks Lane<br>Tampa, FL 33612<br>USA | Total Shares: 17,500<br>Dates Acquired: Q4 2013 |
| Mike Carter | 72 Rose Bridge Cr.<br>Cambridge, Ontario N3C 3Z2<br>Canada | Total Shares: 183,500<br>Dates Acquired: Q2, Q3, Q4 2013 |
| Mohammad Torki-Saberi | 1310 South Haven Drive<br>Richmond, TX 77469<br>USA | Total Shares: 25,000<br>Dates Acquired: Q1 to Q4 2013 |

| NAME | ADDRESS | NATURE OF AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Dave Rozon | 538 Chartrand St<br>Russell, Ontario K4R 1G1<br>Canada | Total Shares: 94,000<br>Dates Acquired: Q1,Q2 2011; Q1 2014 |
| Steve Robinson | 2752 Teak Crescent<br>Oakville, Ontario L6J7M7<br>Canada | Total Shares: 50,000<br>Dates Acquired: Q4 2013 |
| Gerry Kaminsky | Richmond Hill, ON, Canada | Total Shares: 63,000<br>Dates Acquired: |
| Mark Donhowe | 31 Ohio State Drive<br>Newark, DE 19713<br>USA | Total Shares: 100,000<br>Dates Acquired: Q3, Q4 2013; Q1 2014 |
| Roger Ireland | 7641 Southwood Dr.<br>Niagara Falls, Ontario L2H 2X1<br>Canada | Total Shares: 11,400<br>Dates Acquired: Q4 2011; Q4 2012; Q1 2013 |
| Dave Waldner | 1428 Nicholson Road<br>Estevan, Saskatchewan S4A<br>Canada | Total Shares: 63,201<br>Dates Acquired: Q1 to Q4 2011; Q1 to Q4 2012; Q2 2013; Q1 2014 |
| Thomas Galluccio | 9 Knollwood Dr.<br>Greenwich, CT 06830<br>USA | Total Shares: 1,300,000<br>Dates Acquired: Q4 2013; Q1 2014 |
| Justin Henke | 48 Silver Ridge Rise NW<br>Calgary, Alberta T3B 4P7<br>Canada | Total Shares: 20,000<br>Dates Acquired: Q3 2013 |
| Derek Couturier | 87 Black Bear Way<br>Stittsville, Ontario K2S2G6<br>Canada | Total Shares: 32,950<br>Dates Acquired: Q2, Q3 2012 |
| Gregg Johnson | P.O. Box 708<br>Nisswa, MN 56468<br>USA | Total Shares: 60,000<br>Dates Acquired: Q1 to Q4 2013 |
| Daniel A. Baker, Christopher Lee Baker, Sandra Myrick Baker | 116 Keith Dr.<br>Greenville, SC 29607<br>USA | Total Shares: 57,500<br>Dates Acquired: Q2, Q4 2013; Q1 2014 |
| Claude Fernandes | 15 Clarkson Crescent<br>Collingwood, Ontario L9Y3B6<br>Canada | Total Shares: 395,700<br>Dates Acquired: Q1 2011; Q4 2012; Q1, Q4 2013; Q1 2014 |

| NAME | ADDRESS | NATURE OF AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| "Bill" Hongxing Geng | 4526 31 Street<br>Athabasca, AB T9S 1P2<br>Canada | Total Shares: 100,000<br>Dates Acquired: Q2, Q3, Q4 2013 |
| James Hohmann | 18537 66 Ave<br>Edmonton, Alberta T5T 2M3<br>Canada | Total Shares: 73,000<br>Dates Acquired: Q2, Q3, Q4 2013; Q1 2014 |
| Mark Salbert | 1321 Louisiana Ave.<br>League City, TX 77573<br>USA | Total Shares: 5,000<br>Dates Acquired: 12/2013 |
| Jérôme Leblanc | 115 Hyppolite-Denaut<br>La Prairie, Québec J5R 6P1<br>Canada | Total Shares: 45,000<br>Dates Acquired: 2012; Q1, Q4 2013 |
| Qingsong Yan & Meirong Zhang | 51 Chevron<br>Scarborough, Ontario M1K<br>Canada | Total Shares: 292,000<br>Dates Acquired: Q2 2013 |
| Leela Mahabir | 197-1951 Rathburn Rd. E.<br>Mississauga, Ontario L4W 2N9<br>Canada | Total Shares: 1,000<br>Dates Acquired: Q1 2011 |
| Stephen & Christine Otwell | 1970 Cardinal Close<br>North Saanich, BC V8L 5N6<br>Canada | Total Shares: 700,000<br>Dates Acquired: Q1 2011 |
| Dan Stringer | 1240 Doran Road<br>North Vancouver, BC V7K 1M7<br>Canada | Total Shares: 30,000<br>Dates Acquired: Q1 2014 |
| Shane Lorenz | 3520 Green Bank Road<br>Regina, SK S4V 1M3<br>Canada | Total Shares: 5,000<br>Dates Acquired: Q1, Q4 2011; Q2, Q4 2012; Q2 2013; Q1 2014 |
| Donna McNabb | 2685 Placer Place<br>Grand Forks, BC V0H 1H2<br>Canada | Total Shares: 12,800<br>Dates Acquired: Q2, Q3 2011; Q3, Q4 2012; Q1 2014 |
| Sagiv Ingel | 1116 Premier St<br>North Vancouver, BC V7J 2H3<br>Canada | Total Shares: 100,000<br>Dates Acquired: Q1 2014 |
| Ted Casey | 1418 Violet Road<br>Odessa, Ontario K0H 2H0<br>Canada | Total Shares: 50,000<br>Dates Acquired: Q1, Q3 2012; Q1 3013; Q1 2014 |

| NAME | ADDRESS | NATURE OF AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Finn McKay | 245 Spence St<br>Winnipeg, MB R3C 1Y4<br>Canada | Total Shares: 6,000<br>Dates Acquired: Q3 2011 |
| George Thomas Winton | 92 Hilldale Crescent<br>Guelph, Ontario N1G 4B6<br>Canada | Total Shares: 62,500<br>Dates Acquired: Q2 2012; Q2 2013 |
| Brendan Thomas | Deployed overseas | Total Shares: 18,000<br>Dates Acquired: Q2, Q4 2013 |
| Judy and Charles Lalonde | 15 941 Gordon Street<br>Guelph, Ontario N1G 4R9<br>Canada | Total Shares: 17,475<br>Dates Acquired: Q1-Q4 2012 |
| Barry Burkhartzmeyer | 1502 Killarney Drive<br>West Linn, OR 97068<br>USA | Total Shares: 668,000<br>Dates Acquired: Q3, Q4 2012; Q1 to Q4 2013 |
| Scott C. Mundy | 6600 Cherrywood AV<br>Bakersfield, CA 93308<br>USA | Total Shares: 561,000<br>Dates Acquired: Q4 2012; Q1 to Q4 2013; Q1 2014 |
| James Boger | 4503 Hollow Ridge Drive<br>Wichita Falls, TX 76309<br>USA | Total Shares: 200,000<br>Dates Acquired: Q2, Q3 2013 |
| Stephen Morris | 14 - 27272 Twp Rd 392<br>Red Deer County, Alberta<br>T4S 2A6<br>Canada | Total Shares: 34,500<br>Dates Acquired: Q1 2011; Q1 2014 |
| Tom Wigley | 59 Saint Michaels Ave<br>Point Chevalier, Auckland<br>1022<br>New Zealand | Total Shares: 28,600<br>Dates Acquired: Q2, Q3, Q4 2013 |
| Andrew Grunwald | 134 Dornie Rd<br>Oakville, Ontario L6J-4N6<br>Canada | Total Shares: 23,500<br>Dates Acquired: Q1 2014 |
| William R. Olien | 417-35 Valhalla Drive<br>Winnipeg, MB R2G0G5<br>Canada | Total Shares: 42,000<br>Dates Acquired: Q1 2011; Q4 2012; Q2 2013; Q1 2014 |
| Gary Kinvig | 4 Rossdale Street SE<br>Medicine Hat, Alberta T1B 1X4<br>Canada | Total Shares: 299,000<br>Dates Acquired: Q2, Q3 2013 |

| NAME | ADDRESS | NATURE OF AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Reg Yaworski | 190 Green Street<br>Flin Flon, Manitoba R8A1T8<br>Canada | Total Shares: 35,950<br>Dates Acquired: Q2 2011; Q2, Q3 2012; Q2 2013 |
| Barry Robertson | 556 Clayton Crescent<br>Kelowna, BC V1X 7P4<br>Canada | Total Shares: 6,038,000<br>Dates Acquired: Q1 to Q4 2012; Q1 to Q4 2013; Q1 2014 |
| J. P. Ian Morrison & Sarah H. Morrison | 17 Earswick Drive<br>Scarborough, Ontario M1E 1C7<br>Canada | Total Shares: 9,000<br>Dates Acquired: 2010; 2011 |
| Matthijs Carpay | Baroniestraat 24a<br>Rotterdam, The Netherlands | Total Shares: 13,000<br>Dates Acquired: Q1 2014 |
| Norma Sbrissa | 5845 Maricourt<br>St-Leonard, Quebec H1P 1L4<br>Canada | Total Shares: 15,000<br>Dates Acquired: Q1 2012; Q2 2013 |
| Jodie Dyrgas | 254 Three Sisters Dr.<br>Canmore, Alberta T1W2M7<br>Canada | Total Shares: 35,000<br>Dates Acquired: Q1, Q3 2012 |
| Robin Hertig | 1811 50th Avenue Drive East<br>Bradenton, Florida 34203 | Total Shares: 60,839<br>Dates Acquired: Q2, Q3, Q4 2013; Q1 2014 |
| George Economou | 28 Rue De Frejus<br>Gatineau, Quebec J8Y3T7<br>Canada | Total Shares: 75,000<br>Dates Acquired: Q3, Q4 2013; Q1 2014 |
| Surijawati Sumihardjo | Pantai Indah Kapuk<br>Jl Kano Permai 4 no 24<br>Jakarta, Indonesia 14470 | Total Shares: 89,499<br>Dates Acquired: Q2 2013 |
| Albert Nguyen | 2323 1 ST NE<br>Calgary, Alberta T2E 9E6<br>Canada | Total Shares: 130,824<br>Dates Acquired: Q3 2013; Q1 2014 |
| James J. Varga | 1890 Yukon Ave.<br>Port Coquitlam, BC<br>Canada | Total Shares: 120,000<br>Dates Acquired: 2009; 2013 |
| Ana Maria Nica | 2010- 167 Church Street<br>Toronto, Ontario M5B1Y6<br>Canada | Total Shares: 130,000<br>Dates Acquired: Q3, Q4 2013; Q1 2014 |

{1005.001-W0029838.4}

| NAME | ADDRESS | NATURE OF AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Charles R Cartier | 176 Village estate<br>Sh, Pk, Alberta T8A 4P5<br>Canada | Total Shares: 139,000<br>Dates Acquired: Q1 - Q3 2011; Q1 - Q4 2012; Q4 2013 |
| Robert George Woods | 7-5471 Secret Cove Road<br>Halfmoon Bay, BC V0N 1Y2<br>Canada | Total Shares: 145,000<br>Dates Acquired: Q1, Q4 2013; Q1 2014 |
| Noel Tan and Miriam Tan | 4 Six Nations Avenue<br>Scarborough, Ontario M1H 1R5<br>Canada | Total Shares: 160,000<br>Dates Acquired: Q2 - Q4 2013; Q1 2014 |
| Benjamin Jones | 58 Lord Durham Road<br>Markham, Ontario L6G 0C1<br>Canada | Total Shares: 200,000<br>Dates Acquired: Q2 - Q4 2013 |
| Jagdeep S. Khun-Khun & Parabjot K Khun-Khun | 406 East 47th Avenue<br>Vancouver, BC V5W 2B4<br>Canada | Total Shares: 230,000<br>Dates Acquired: Q1, Q3 - Q4 2011; 2012; Q1, Q3 – Q4 2013; Q1 2014 |
| Alexandre Mignault | 2025 Albert-Murphy, Apt.5<br>Laval, Quebec H7T 1T1<br>Canada | Total Shares: 245,000<br>Dates Acquired: Q2 - Q4 2013 |
| Freddy Coppens | 2 Rue Longue Bouteille<br>1401 BAULERS<br>Belgium | Total Shares: 250,000<br>Dates Acquired: Q3 - Q4 2013; Q1 2014 |
| Darrel Dyrgas | 254 Three Sisters Dr.<br>Canmore, Alberta T1W2M7<br>Canada | Total Shares: 250,000<br>Dates Acquired: Q1, Q4 2012; 2013; Q1 2014 |
| Geoff Larsen | 135 Panamount Gdns NW<br>Calgary, Alberta T3K 5V4<br>Canada | Total Shares: 250,000<br>Dates Acquired: Q3 2012 |
| Terrence Keating | 445 Willow Bay<br>Estevan Sask S4A 2G3<br>Canada | Total Shares: 688,900<br>Dates Acquired: 2011; 2012; 2013 |
| Neil Jobin | 2815 -7th Avenue NW<br>Calgary, Alberta T2N 1B1<br>Canada | Total Shares: 800,000<br>Dates Acquired: Q1 - Q3 2013; Q1 2014 |